## Baird-Swannell, Inc. et al., Appellees, v. Anthony Parish et al., Appellants.

### Gen. No. 9,653.

opinion filed April 25, 1941; rehearing denied June 24, 1941. W. J. Parrish and Eva. L. Minor, for appellants; Charles W. Kurtz, for appellees. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''